IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANE DEAN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-22-00604-PRW |
| TIGER COMMISSARY, *et al.*, | ) ) ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on United States Magistrate Judge Shon T. Erwin's Report and Recommendation (Dkt. 10). The Court observes that no party has objected to the Report and Recommendation within the time limits prescribed. The Court has also reviewed Magistrate Judge Erwin's Report and Recommendation (Dkt. 6) *de novo* and agrees with the reasoning and conclusions therein. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court **ADOPTS** Magistrate Judge Erwin's Report and Recommendation (Dkt. 10) and **DISMISSES WITHOUT PREJUDICE** the action for Plaintiff's failure to comply with the Court's orders; specifically, failing to submit the necessary paperwork required for service and notify the Court of any change of address.

**IT IS SO ORDERED** this 20th day of April 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE